# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC SABATINI,<br><br>    Plaintiff,<br><br>  v.<br><br>WIRELESS TELECOM GROUP, INC., C. SCOTT GIBSON, ALAN L. BAZAAR, JENNIFER FRITZSCHE, MICHAEL H. MILLEGAN, ALLAN D. L. WEINSTEIN, and TIMOTHY WHELAN,<br><br>    Defendants. | Case No. 1:23-cv-05974-LAK-SDA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Sabatini ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 4, 2023

                    Respectfully Submitted,

                    */s/ Richard A. Acocelli*
                    Richard A. Acocelli
                    **ACOCELLI LAW, PLLC**
                    33 Flying Point Road, Suite 131
                    Southampton, NY 11968
                    Tel: (631) 204-6187
                    Email: racocelli@acocellilaw.com

                    *Attorneys for Plaintiff*